UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| MARC D. HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>KNOX COUNTY BAILIFF PERRY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: 3:25-CV-518-TAV-DCP |

**ORDER**

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on August 31, 2026 [Doc. 35]. In the R&R, Judge Poplin granted plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [*Id.* at 1–2, 5; *see* Doc. 4]. However, after screening the complaint, Judge Poplin recommended that the Court dismiss plaintiff's complaint [Doc. 35, pp. 4–6; *see* Docs. 1, 29]. There have been no timely objections to the R&R,[1] and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After a careful review of the matter, the Court agrees with the magistrate judge's recommendation. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 35]. Accordingly, it is hereby **ORDERED** that plaintiff's case is **DISMISSED**,

[1] The Court notes that the R&R was mailed to plaintiff at his last known address, the Roger D. Wilson Detention Facility, but the mail was returned as undeliverable [Doc. 36]. The envelope has a notation by the U.S. Postal Service that the mail was unable to be forwarded [*Id.* at 8]. The Court notes that plaintiff was informed of his requirement to notify the Clerk of Court of any address change and was warned that failure to do so could result in dismissal of this action [Doc. 3]. *See* E.D. Tenn. L.R. 83.13.

and the Clerk of Court is **DIRECTED** to **CLOSE** this case. A separate judgment order will follow.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE